# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

Marilyn Kelly,
Chief Justice

140800

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 140800
        COA: 284838
        Bay CC: 06-010653-FC

GEORGE THOMAS NOVAK,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 26, 2010 judgment of the Court of Appeals is considered, and it is GRANTED.

      We further ORDER the Bay Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint the State Appellate Defender Office to represent the defendant in this Court.

      The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

_____
Clerk

p0708